```
Court Name: United States District Court
Division: 1
Receipt Number: 14683041105
Cashier ID: sbrown
Transaction Date: 01/09/2014
Payer Name: JUSTICE THROUGH MUSIC PROJEC
T

REGISTRATION OF FOREIGN JUDGMT
 For: JUSTICE THROUGH MUSIC PROJECT
 Amount:       $46.00

CHECK
 Remitter: JUSTICE THROUGH MUSIC PROJECT

 Check/Money Order Num: 2290
 Amt Tendered: $46.00

Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

MISC FILING FEE
114MC1
```